Manoli, Assoc. General Counsel, N. L. R. B., for petitioner.

Max W. Kramer, St. Louis, Mo., for respondent.

PER CURIAM.

Order of Labor Board of January 31, 1962 enforced on petition for enforcement.

Joseph NAVARRO, Appellant

v.

UNITED STATES.

No. 16610.

United States Court of Appeals
Eighth Circuit.

March 14, 1962.

Certiorari Denied May 21, 1962.

See 82 S.Ct. 1162.

James Lawyer, Des Moines, Iowa, for appellant.

Roy W. Meadows, Spec. Asst. to the U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court dismissed as frivolous.

In the Matter of STONEWALL PRECI-
SION CORP., Bankrupt.

Irwin M. BERNER, Trustee in Bankrupt-
cy of Stonewall Precision Corp.,
Bankrupt, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 236, Docket 27068.

United States Court of Appeals
Second Circuit.

Argued Feb. 19, 1962.

Decided March 27, 1962.

Benjamin Brownstein, New York City, (Siegel & Brownstein, New York City, and Samuel Wagner, Brooklyn, N. Y., on the brief; Edward I. Kaplan, New York City, of counsel), for appellant.

David Klingsberg, Asst. U. S. Atty. (Robert M. Morgenthau, U. S. Atty., on the brief; Robert Arum, Asst. U. S. Atty., of counsel), for appellee.

Before MOORE, FRIENDLY and MARSHALL, Circuit Judges.

PER CURIAM.

The order is affirmed on the opinion below which is reported at 195 F.Supp. 576.

UNITED STATES of America,
Appellee,

v.

Robert E. FUNKHOUSER, Appellant.

No. 8498.

United States Court of Appeals
Fourth Circuit.

Argued March 19, 1962.

Decided March 27, 1962.

Robert E. Funkhouser, pro se.

Joseph D. Tydings, U. S. Atty. (Daniel W. Moylan, Asst. U. S. Atty., on brief), for appellee.

Before SOBELOFF, Chief Judge, and SOPER and HAYNSWORTH, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion of the District Court, 198 F.Supp. 708 (D.Md. 1961).

Affirmed.